JASON PAYNE, Respondent, *v.* JOHN P. HODGE, Appellant.

(Argued October 5, 1877; decided November 13, 1877.)

REPORTED below, 7 Hun, 612.

*Henry Bacon*, for appellant.

*C. H. Winfield*, for respondent.

Agree to affirm.    No opinion.
All concur, except FOLGER and MILLER, JJ., absent.
Judgment affirmed.

---

THE PEOPLE ex rel. CHARLES RICHARDSON, Respondents,
  *v.* THE COUNTY COURT OF ST. LAWRENCE COUNTY,
Appellant.

*L. Hasbrouck, Jr.*, for appellant.

*F. W. Hubbard*, for respondents.

Agree to dismiss appeal.    No opinion.
All concur, except FOLGER and MILLER, JJ., absent.
Appeal dismissed.